UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------x
UNITED STATES OF AMERICA

                Plaintiff,

v.

DOMENICO SANDALO,

                Defendant.
-------------------------------------------------------x

**Notice of Appearance**

**Indict. No. 3:10-CR-00175-MRK-1**

PLEASE TAKE NOTICE, that Joseph Tacopina, Esq, along with Brian King, Esq., represent Defendant Domenico Sandalo in the above referenced matter.

Dated: New York, New York
      November 4, 2010

Respectfully submitted,

_[signature]_
Joseph Tacopina, Esq. (JT-2661)
Tacopina, Seigel & Turano, P.C.
*Attorneys for Defendant*
*Domenico Sandalo*
275 Madison Avenue, 35 FL
New York, New York 10016
(212) 227-8877

To:

    Honorable Mark R. Kravitz
    United States District Court
    District of Connecticut
    141 Church Street
    New Haven, CT 06510

    Harold H. Chen, Esq.
    Assistant United States Attorney
    U.S. Attorney's Office-BPT
    915 Lafayette Blvd. Room 309
    Bridgeport, CT 06604